# Court of Appeals
# of the State of Georgia

ATLANTA,   July 26, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2184.  MAJOR FORTSON v. DISCOVER BANK.

Discover Bank filed suit against Major Fortson, who moved for summary judgment.  The trial court denied the motion on April 4, 2013, and Fortson filed a notice of appeal.[1] Because the case remains pending below, the trial court's order was not final.  Fortson was thus required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review at this juncture. See *Pace Constr. Corp. v. Northpark Assoc.,*215 Ga. App. 438, 439 (450 SE2d 828) (1994).  Because Fortson failed to comply with the requisite interlocutory procedures, this premature appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/26/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] The notice of appeal is deficient as it does not specify the order to be appealed. See *Zachery v. State*, 233 Ga. App. 519, 521 (504 SE2d 466) (1998). Because the notice of appeal was timely only as to the trial court's order denying summary judgment, we assume Fortson intended to appeal from this order.